**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-2198**

———————

JOAN MARIE HARRIS,

             Plaintiff - Appellant,

       v.

JOHN R. LEOPOLD; ANNE ARUNDEL COUNTY, MARYLAND,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Catherine  C.  Blake,  Chief  District
Judge.  (1:12-cv-00829-CCB)

———————

Submitted:  April 16, 2015          Decided:  April 20, 2015

———————

Before  AGEE  and  KEENAN,  Circuit  Judges,  and  HAMILTON,  Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Joan Marie Harris, Appellant Pro Se.   Jonathan A. Hodgson, Jay
Creech, Andrew Jensen Murray, ANNE ARUNDEL COUNTY OFFICE OF LAW,
Annapolis, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joan Marie Harris appeals the district court's order granting summary judgment in favor of Anne Arundel County in her action alleging retaliatory termination in violation of Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harris v. Leopold, No. 1:12-cv-00829-CCB (D. Md. Oct. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED